United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-13232-mdc

Mariak M. Papazian  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Mar 03, 2022  Form ID: 309I  Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mariak M. Papazian, 104 Raintree Crossing, Hatfield, PA 19440-3085 |
| 14653914 | + | Ally Bank, 200 West Civic Center Drive, Sandy, UT 84070-4207 |
| 14653915 | | Altran Financial L.P., P.O. Box 4043, Concord, Concord, CA 94524-4043 |
| 14653916 | | Altran Financial L.P., P.O. Box 4045, Concord, Concord, CA 94524-4045 |
| 14653917 | + | American Express Correspondence Address, 200 Vesey St., New York, NY 10285-1000 |
| 14657313 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14653925 | + | Credit Control LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14653928 | | Elan Financial Services, 841 N. 11th St., St. Louis, MO 63101-1016 |
| 14653941 | | Equifax Credit Information Services, Inc, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14653942 | + | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 14653943 | | Experian Information Systems, Attn: Dispute Department, P.O. Box 2002, Allen, TX 75013-2002 |
| 14653948 | | H.A. Berkheimer Tax Administrator, Bankruptcy Notices, 50 North 7th Street, Bangor, PA 18013-1798 |
| 14653931 | | Hayt Hayt & Landau LLC, Two Industrial Way West, P.O. Box 500, West Eatontown, NJ 07724-0500 |
| 14653944 | + | Innovis Data Solutions, 250 E. Town St., Columbus, OH 43215-4631 |
| 14653932 | | JP Morgan Chase Bank NA (P) Bankruptcy Mail Intake, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14653933 | + | Michael F. Ratchford Esquire, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 14653949 | + | Montgomery County Tax Claim Bureau, P.O. Box 190, Norristown PA 19404-0190 |
| 14653934 | | Nationwide Credit Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 14666044 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14653947 | + | Transunion Corporation, 2 Baldwinm Place, P.O. Box 1000, Chester, PA 19016-1000 |
| 14653939 | + | Weltman Weinberg & Reis Co. L.P.A., 170 South Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |
| 14653940 | + | Zwicker & Associates, 6 Montgomery Village Avenue, Suite 505, Gaithersburg, MD 20879-3596 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mwglaw@msn.com | Mar 03 2022 23:49:00 | MICHAEL W. GALLAGHER, M.W. Gallagher Esquire, 600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Mar 03 2022 23:50:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 04 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 03 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

| District/off: 0313-2 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Mar 03, 2022 | | Form ID: 309I | Total Noticed: 58 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 03 2022 23:50:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14655677 | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 03 2022 23:49:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14662497 | EDI: ATLASACQU | Mar 04 2022 04:53:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14653913 | + Email/Text: customercare@adminrecovery.com | Mar 03 2022 23:50:00 | Admin Recovery LLC, 6225 Sheridan Drive, Suite 118, Williamsville, NY 14221-4800 |
| 14666535 | + EDI: AISACG.COM | Mar 04 2022 04:53:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14653920 | + EDI: CAPITALONE.COM | Mar 04 2022 04:53:00 | Capital One, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 14657938 | + EDI: AIS.COM | Mar 04 2022 04:53:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14653918 | + EDI: CAPITALONE.COM | Mar 04 2022 04:53:00 | Capital One Bank N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14653919 | EDI: CAPITALONE.COM | Mar 04 2022 04:53:00 | Capital One Bankruptcy Department (P), P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14653921 | + Email/Text: bankruptcy@cavps.com | Mar 03 2022 23:50:00 | Cavalry SPV I LLC, 500 Simmit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14653922 | + Email/Text: bankruptcycollections@citadelbanking.com | Mar 03 2022 23:50:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14653923 | EDI: CITICORP.COM | Mar 04 2022 04:53:00 | Citibank (P), P.O. Box 790034, St. Louis, MO 63179-0034 |
| 14653924 | + EDI: CITICORP.COM | Mar 04 2022 04:53:00 | Citibank N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14653926 | + EDI: CITICORP.COM | Mar 04 2022 04:53:00 | Department Stores National Bank/Macys, 701 East 60th St. North, Sioux Falls, SD 57104 |
| 14658794 | EDI: Q3G.COM | Mar 04 2022 04:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14656338 | EDI: DISCOVER.COM | Mar 04 2022 04:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14653927 | EDI: DISCOVER.COM | Mar 04 2022 04:53:00 | Discover Financial Services LLC (P), P.O. Box 3025, New Albany, OH 43054-3025 |
| 14653929 | Email/Text: data_processing@fin-rec.com | Mar 03 2022 23:50:00 | Financial Recovery Services Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14653930 | + EDI: FSAE.COM | Mar 04 2022 04:53:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14653945 | EDI: IRS.COM | Mar 04 2022 04:53:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14666241 | EDI: JEFFERSONCAP.COM | Mar 04 2022 04:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14658212 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 03 2022 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14665440 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2022 00:00:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14653936 | EDI: NFCU.COM | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 309I | Total Noticed: 58 |

| | | Mar 04 2022 04:53:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
|---|---|---|---|
| 14653946 | EDI: PENNDEPTREV | Mar 04 2022 04:53:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14653946 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14669297 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 03 2022 23:50:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14666433 | EDI: PRA.COM | Mar 04 2022 04:53:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14653937 | Email/Text: bk-notification@sps-law.com | Mar 03 2022 23:49:00 | Portnoy Schneck LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619 |
| 14662789 | EDI: Q3G.COM | Mar 04 2022 04:53:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14653938 | EDI: TDBANKNORTH.COM | Mar 04 2022 04:53:00 | TD Bank Card Services, P.O. Box 84037, Columbus, GA 31908-4037 |
| 14661028 | EDI: WFFC.COM | Mar 04 2022 04:53:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| 14658567 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14653935 | * | Nationwide Credit Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 03, 2022 | Form ID: 309I | Total Noticed: 58 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL W. GALLAGHER
    on behalf of Debtor Mariak M. Papazian mwglaw@msn.com  mwglaw1@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Mariak M. Papazian<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5268<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13   12/7/21 |
| Case number: | 21–13232–mdc | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                           10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mariak M. Papazian | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 104 Raintree Crossing<br>Hatfield, PA 19440 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL W. GALLAGHER<br>M.W. Gallagher Esquire<br>600 West Germantown Pike<br>Suite 400<br>Plymouth Meeting, PA 19462 | Contact phone 484–679–1488<br>Email: mwglaw@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 3/3/22 |

**For more information, see page 2**

Official Form 309I          Notice of Chapter 13 Bankruptcy Case          page 1

Debtor **Mariak M. Papazian** Case number **21–13232–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 4, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/3/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/15/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/5/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1.00 per month for 40 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/14/22** at **09:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |