Certificate Number: 05781-PAE-DE-036478819

Bankruptcy Case Number: 21-13232



05781-PAE-DE-036478819

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2022, at 1:46 o'clock PM PDT, Mariak Papazian completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 15, 2022  

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President